**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alberto Arellano Valencia, | No. CV-15-00499-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Brandon Maxwell, et al., | |
| Defendants. | |

On September 9, 2019, the Court dismissed this action with prejudice,

**Accordingly,**

**IT IS ORDERED** that the Clerk of the Court shall enter JUDGMENT for Defendants and against Plaintiff, nunc pro tunc.

Dated this 18th day of December, 2019.

_____
Honorable David C. Bury
United States District Judge